UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2021
```

UCC ASSET MANAGEMENT CORP. and
DEAN LANDIS,

                      Plaintiffs,

                -against-

GLOBAL MERCHANT BOND SERIES,
INC.,

                      Defendant.

1:20-cv-3484 (MKV)

ORDER REGARDING
EMAIL CORRESPONDENCE
WITH THE COURT

MARY KAY VYSKOCIL, United States District Judge:

       For the completeness of the record and the avoidance of any doubt about the deadlines in this matter, the Court is docketing the attached email correspondence with the parties concerning the Court's earlier Order dated April 8, 2021 [ECF #35].

**SO ORDERED.**

Date: **April 8, 2021**
      **New York, NY**

                                                    */s/ Mary Kay Vyskocil*
                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**

| | |
|---|---|
| **From:** | Vyskocil NYSD Chambers |
| **To:** | Evan W. Bolla |
| **Cc:** | Ronald Coleman (Dhillon Law) |
| **Subject:** | RE: Activity in Case 1:20-cv-03484-MKV UCC Asset Management Corp. et al v. Global Merchant Bond Series, Inc. Scheduling Order |
| **Date:** | Thursday, April 8, 2021 1:47:00 PM |

Good afternoon,

The Order was not issued in error.  Judge Vyskocil stated that she would grant the parties 60 days from their March 15, 2021 request.  That is May 14, 2021.  The parties may allocate as much of that time to settlement as they wish, but all of the discovery that the parties will conduct in this case must be complete by May 14, 2021.  No further extensions will be granted.



**Jane Popper**
Law Clerk to Hon. Mary Kay Vyskocil
United States Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-4633
Jane_Popper@nysd.uscourts.gov

---

**From:** Evan W. Bolla <ewbolla@hs-law.com>
**Sent:** Thursday, April 8, 2021 1:15 PM
**To:** Vyskocil NYSD Chambers <VyskocilNYSDChambers@nysd.uscourts.gov>
**Cc:** Ronald Coleman (Dhillon Law) <rcoleman@dhillonlaw.com>
**Subject:** FW: Activity in Case 1:20-cv-03484-MKV UCC Asset Management Corp. et al v. Global Merchant Bond Series, Inc. Scheduling Order

**CAUTION - EXTERNAL:**


Dear Chambers of the Honorable Mary Kay Vyskocil:

The parties appeared for a phone conference this morning in this matter. On the call, Judge Vyskocil indicated she was granting an extension for 60 days to complete discovery, with a status update letter due after 30 days. This would effectively give the parties 30 days to attempt to settle the matter and 30 days to complete discovery before appearing at the next conference. As the issued order does not comport with Judge Vyskocil's oral directive, the parties respectfully write to determine if this order was perhaps issued in error.

Respectfully submitted,

Evan W. Bolla
Harris St. Laurent & Wechsler LLP
Dir: 917-512-9472
Cell: 240-277-1127
ewbolla@hs-law.com

---

**From:** "NYSD_ECF_Pool@nysd.uscourts.gov" <NYSD_ECF_Pool@nysd.uscourts.gov>
**Date:** Thursday, April 8, 2021 at 12:56 PM
**To:** "CourtMail@nysd.uscourts.gov" <CourtMail@nysd.uscourts.gov>
**Subject:** Activity in Case 1:20-cv-03484-MKV UCC Asset Management Corp. et al v. Global Merchant Bond Series, Inc. Scheduling Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/8/2021 at 12:55 PM EDT and filed on 4/8/2021

**Case Name:**    UCC Asset Management Corp. et al v. Global Merchant Bond Series, Inc.
**Case Number:**    1:20-cv-03484-MKV
**Filer:**
**Document Number:** 34

**SCHEDULING ORDER: IT IS HEREBY ORDERED that, by May 6, 2021, the parties shall submit a joint letter informing the Court of the status of this case. IT IS FURTHER ORDERED that, by May 14, 2021, the parties shall complete all discovery. IT IS FURTHER ORDERED that the parties shall appear for a Post Discovery Conference on Monday, May 24, 2021 at 11:00 AM. The parties shall submit a joint status letter and pre-motion submissions for any post-discovery dispositive motions one week in advance of the Post Discovery Conference. There will be no further extensions of these deadlines. THIS IS THE PARTIES'**

**FINAL WARNING. The parties are on notice that failure to comply with these deadlines will result in dismissal of this action. SO ORDERED. Discovery due by 5/14/2021. Status Conference set for 5/24/2021 at 11:00 AM before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 4/8/2021) (rj)**

**1:20-cv-03484-MKV Notice has been electronically mailed to:**

Ronald David Coleman     rcoleman@dhillonlaw.com, htoschi@dhillonlaw.com, myoder@dhillonlaw.com

Yonaton Aronoff     yaronoff@sc-harris.com

Evan Wilson Bolla     ewbolla@sc-harris.com, ewbolla@harrisobrien.com

Boris Peyzner     bpeyzner@lawfirm.ms, swilliams@lawfirm.ms

**1:20-cv-03484-MKV Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/8/2021] [FileNumber=25693035-0
] [5e0886b4b44ec266ad7042350cb305b59ffc2bacecd921effc016d5985801d96f23
cf1553af08fed9645636105c8dc5efb2b338a232a46afe4298cf215274772]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.