UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UCC ASSET MANAGEMENT CORP., and DEAN LANDIS, <br><br> Plaintiff., <br><br> -against- <br><br> GLOBAL MERCHANT BOND SERIES, INC, <br><br> Defendant. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: <br> DATE FILED: 5/21/2021 <br><br> 1:20-cv-03484-MKV <br><br> ORDER |

HON. MARY KAY VYSKOCIL, United States District Judge:

The conference previously scheduled for May 24, 2021 is adjourned. The Court will schedule a new conference date if it is determined one is necessary.

SO ORDERED.

Dated: May 21, 2021
New York, New York

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge