UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2021
```

UCC ASSET MANAGEMENT CORP., and DEAN LANDIS,

      Plaintiff,

-against-

GLOBAL MERCHANT BOND SERIES, INC.,

      Defendant,

1:20-cv-03484 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

  The Court held a Status Conference in this case on July 22, 2021. This order memorializes the rulings at the conference.

  On or before August 2, 2021, Defendant must produce its principal, Marius Silvasan, for a deposition. The parties must file a joint letter stating that the deposition has been completed on or before August 6, 2021.

  Plaintiffs may file a motion for sanctions and to compel any remaining discovery subject to dispute on or before August 31, 2021. Defendant must oppose any motion by September 14, 2021. Plaintiffs may reply on or before September 21.

  Failure to comply with the terms of this order may result in sanctions. Any request for adjournment of the deadlines herein must be filed on ECF and must be received at least 72 hours in advance of the deadline in question.

**SO ORDERED.**

**Date: July 22, 2021**
    **New York, NY**

               *Mary Kay Vyskocil*
              **MARY KAY VYSKOCIL**
              **United States District Judge**