UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UCC ASSET MANAGEMENT CORP. and DEAN LANDIS,

                Plaintiffs,

-against-

GLOBAL MERCHANT BOND SERIES, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2021

1:20-cv-3484 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The parties are directed to submit a joint letter regarding the status of this case on or before October 15, 2021. If all discovery is complete, the parties should propose a schedule for the filing of any anticipated motions or, if none are anticipated, pretrial filings. If all discovery is not complete, the letter should state what discovery remains outstanding and propose a deadline by which all discovery will conclude.

**SO ORDERED.**

**Date:  October 7, 2021**
         **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**