```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UCC ASSET MANAGEMENT CORP. and DEAN LANDIS,

                Plaintiffs,

-against-

GLOBAL MERCHANT BOND SERIES, INC.,

                Defendant.

20-cv-3484 (MKV)

JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

Plaintiffs UCC Asset Management Corp. and Dean Landis moved for summary judgment [ECF No. 55]. The Court GRANTED summary judgment only with respect to Plaintiffs' claim for breach of the 2019 LOI agreement based on Defendant's failure to pay the $300,000 Breakup Fee provided for in Section 8 of that contract.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall recover from Defendant Global Merchant Bond Series, Inc. the principal amount of $300,000, as well as pre-judgment interest.

**SO ORDERED.**

**Date: September 14, 2022**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**